In the Matter of MANUFACTURERS TRUST COMPANY, Appellant, against ROLLIN BROWNE et al., Constituting the State Tax Commission, Respondents.

In the Matter of the Application to the STATE TAX COMMISSION for Revision of the Franchise Tax of CHATHAM PHENIX NATIONAL BANK & TRUST COMPANY.

Argued May 27, 1946; decided July 23, 1946.

*Perry A. Hull, Gerard I. Walters* and *David Barnett* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Irving Galt, Orrin G. Judd* and *Howard F. Danihy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.